IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.:

JEFFREY JERGENSEN and
SALLY JERGENSEN,

Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant.

---

## NOTICE OF REMOVAL

---

Defendant State Farm Fire and Casualty Company ("State Farm), through counsel, Gordon Rees Scully Mansukhani LLP, submits this Notice of Removal to the United States District Court for the District of Colorado pursuant to 28 U.S.C. §§ 1441 and 1446 and D.Colo.LCivR 81.1.

1.      Plaintiffs filed their Complaint and Jury Demand in the District Court for El Paso County, Colorado on July 2, 2026.  Summons, Complaint and Jury Demand, Exhibits A and B.  Plaintiffs assert claims for breach of contract, bad faith, and violation of C.R.S. §§ 10-3-1113(3); 10-3-1115 and 1116.  *See id., generally*.

2.      State Farm was served with a copy of the Summons, Complaint and Jury Demand on July 8, 2026.  Affidavit of Service, Exhibit C.

3.      State Farm now files this Notice of Removal within thirty days of July 8, 2026 as provided by 28 U.S.C. § 1446(b)(3).

4.      "Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

5.      "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds a sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states."  28 U.S.C. § 1332(a)(1).

6.      Diversity jurisdiction exists in this matter.  Plaintiffs and Defendant are citizens of different states and the amount in controversy exceeds $75,000.00.

7.      Plaintiffs are citizens of El Paso County, Colorado. Complaint, ¶ 1.  Public records indicate that Plaintiffs are Colorado citizens whose primary residence is 1004 Jupiter Lane, Colorado Springs, Colorado 80905.[1]

8.      Defendant State Farm is an Illinois corporation with its principal place of business in Bloomington, Illinois.   Colorado Secretary of State Report, Exhibit D. Accordingly, State Farm is a citizen of Illinois for diversity purposes.

9.      Complete diversity exists between the Plaintiffs and Defendant.

10.      The amount in controversy exceeds $75,000.00.  Plaintiffs certify that they are seeking judgment in excess of $75,000 on the Civil Case Cover Sheet submitted with the Complaint.  Civil Case Cover Sheet, Exhibit E; *Paros Props. LLC v. Colo. Cas. Ins. Co.*, 835 F.3d 1264, 1272-73 (10th Cir. 2016).

11.      Diversity jurisdiction exists pursuant to 28 U.S.C. § 1332(a)(1).

---

[1] Plaintiffs' address is improperly listed in the Complaint as 21004 Jupiter Lane, Colorado Spring, Colorado 80905. (Complaint, ¶ 6).

12.     Pursuant to 28 U.S.C. § 1446(d) and D.C.Colo.LCivR 81.1, this Notice of Removal has been sent to all parties in this action and has been filed with the state court clerk's office.  In addition, within fourteen days of the filing of this Notice of Removal, State Farm will file a current state court docket sheet (Register of Actions) and will separately file each pending motion, petition, and related response, reply, and brief.  No hearing has been set in the state court case.

13.     Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon State Farm are also submitted.

Pursuant to D. Colo.LCiv.R 5(a)(2)(C), the undersigned hereby certifies that he is a member in good standing of the bar of this court.

Dated this 29th day of July, 2026.

<div style="margin-left:auto; width:60%;">

**GORDON REES SCULLY MANSUKHANI LLP**

 /s/  Gregory S. Hearing II
Gregory S. Hearing II, Esq.
555 Seventeenth Street, Ste. 3400
Denver, Colorado 80202
(303) 534-5160
ghearing@grsm.com

ATTORNEYS FOR DEFENDANT

</div>

- 3 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 29th day of July, 2026.

Larry E. Bache, Jr.
Jonathan E. Bukowski
Merlin Law Group, PLLC
1001 17th Street, Ste. 1150
Denver, Colorado 80202
lbache@merlinlawgroup.com
jbukowski@merlinlawgroup.com

Zachary K. Housel
Mansell & Engel, PC
204 N. Robinson Avenue, Ste. 2100
Oklahoma City, Oklahoma 73102
zhousel@meclaw.net

*/s/    Linda J. Bustos*

- 4 -